08-5719-cr (L)
U.S.A. v. Driffin, et al.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED ON ANY PARTY NOT REPRESENTED BY COUNSEL UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/). IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of December, two thousand nine.

PRESENT:   JON O. NEWMAN,
           RALPH K. WINTER,
           REENA RAGGI,
                    Circuit Judges.

- - - - - - - - - - - - - - - - - - - -
UNITED STATES OF AMERICA,
        Appellee,

        v.                                08-5917-cr (L),
                                            -5948-cr (CON)

GERALD DRIFFIN and DEPAUL CRUDUP,
        Defendants-Appellants.
- - - - - - - - - - - - - - - - - - - -


APPEARING FOR APPELLANTS:    Thomas G. Dennis, Federal Defender,
                             Hartford, Conn.

                             Nancy E. Martin, Collins & Martin,
                             P.C., Wethersfield, Conn.

APPEARING FOR APPELLEE:      Nora R. Dannehy, U.S. Atty., New
                             Haven, Conn.

Appeal from the United States District Court for the District of Connecticut (Janet C. Hall, District Judge).

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the orders of the District Court for the District of Connecticut (Janet C. Hall, District Judge) are AFFIRMED.

Gerald Driffin and DePaul Crudup appeal from the District Court's orders entered on November 25, 2008, and November 19, 2008, respectively, denying their motions for reduction of their sentences pursuant to 18 U.S.C. § 3582(c).  They seek the benefit of the Sentencing Commission's amendment 706, effective November 1, 2007, applicable retroactively pursuant to Amendment 713, effective March 3, 2008.  Amendment 706 reduced the base offense level for most crack offenses.

We assume the parties' familiarity with the facts and procedural aspects of these cases.

Driffin and Crudup were both sentenced as career offenders pursuant to the career offender guidelines. See U.S.S.G. § 4B1.1. We have previously ruled that defendants sentenced as career offenders are not eligible for consideration pursuant to section 3582(c) because their sentences were not based on a guideline that was subsequently lowered by the Sentencing Commission. See United States v. Martinez, 572 F.3d 82 (2d Cir. 2009).  The appellants' attempts to distinguish their cases from Martinez are without merit.

We affirm in both cases.

FOR THE COURT,
CATHERINE O'HAGAN WOLFE, Clerk


By:_____

-2-